# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| SHONDA L. MCGEE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO. 19-0371-MU ) |
| ANDREW M. SAUL,<br>Commissioner of Social Security, | ) ) ) ) |
| Defendant. | ) |

## JUDGMENT

In accordance with the memorandum opinion and order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the decision of the Commissioner of Social Security denying Plaintiff benefits be affirmed.

**DONE** this the 20th day of July, 2020.

                                               s/P. Bradley Murray
                                               **UNITED STATES MAGISTRATE JUDGE**